ORDERED UNSEALED on 12/23/2024 s/ danielmar

SEALED
s/ Daniel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH ALEXANDER SANTILLAN,<br>Defendant. | Case No.: '24 MJ0354<br><u>COMPLAINT FOR VIOLATION OF</u>:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

<u>COUNT ONE</u>

On or about August 21, 2022, within the Southern District of California, defendant JOSEPH ALEXANDER SANTILLAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms that traveled in and affected interstate commerce, to wit: a Smith & Wesson Model semi-automatic rifle lower receiver bearing serial number TJ49878; a Zastava semi-automatic pistol bearing serial number Z92-107180; a Century Arms International semi-automatic rifle bearing serial number SV7046115; a Palmetto State Armory rifle lower receiver bearing serial number 002786; and a Stag Arms lower receiver bearing serial number W-0044903; in violation of Title 18, United States Code, Section 922(g)(1).

VALERIE F HOFER
Digitally signed by VALERIE F HOFER
Date: 2024.02.01 20:09:27 -08'00'

VALERIE HOFER
SPECIAL AGENT, HSI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 2nd day of February 2024.

[signature]

HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On August 21, 2022, at approximately 11:45 AM, defendant Joseph Alexander SANTILLAN applied for entry into the United States from Mexico at the San Ysidro Port of Entry (POE) through vehicle lane #30. SANTILLAN was the driver and sole occupant of a green 1998 Honda Civic sedan bearing California license plates.

During primary inspection, SANTILLAN told a Customs and Border Protection (CBP) Officer he was denied entry into Mexico and returned to the U.S. by Mexican authorities. The CBP Officer then received a negative customs declaration from SANTILLAN. The CBPO referred SANTILLAN to secondary inspection due to a computer-generated referral. A CBPO inspected the vehicle and discovered a concealed bundle tucked inside the rear right quarter panel of the vehicle. SANTILLAN was placed in handcuffs and an immediate pat-down for weapons resulted in the discovery of two knives in SANTILLAN's pocket. SANTILLAN was escorted to the security office for further processing.

A CBPO used her a Human and Narcotic Detection Dog to inspect the vehicle. The canine alerted to the driver's side rear quarter panel and again at the rear bumper. The CBPO pulled down the lining of the rear quarter panel and discovered cellophane wrapping consistent with smuggling.

During secondary inspection, a CBPO searched the vehicle and removed a Zastava ZPAP92 Caliber 7.62x39 semi-automatic pistol S/N Z92-107180, Century Arms International Model VSKA 7.62x39 mm semi-automatic rifle S/N SV7046115, Smith & Wesson Model M&P15 Multi Caliber semi-automatic rifle lower receiver S/N TJ49878, Palmetto State Armory PG9 9x19 mm semi-automatic rifle lower receiver S/N 002786, Stag Arms Stag-15 Caliber .223 semi-automatic rifle lower receiver S/N W-0044903, two (2) Black AR-Type Upper Receivers, a tan AR-Type Upper Receiver, six (6) magazines, and (1) green leafy substance package from both rear quarter panels, tire well, and under the steering wheel. The substance field-tested positive for Marijuana with a total aggregate weight of 33.47 grams.

Records checks on SANTILLAN revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 2/6/2017 | CASC – Downey | Cal. PC § 245 – Assault with a Deadly Weapon (Felony) | 2 years in prison |

SANTILLAN transported the firearms from Mexico into the United States; therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.